```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Yelitza Picon, individually and on behalf of all other persons similarly situated,**

        Plaintiff,

  -against-

**Grenning Gallery, Inc.,**

        Defendant.

1:19-cv-07221 (VSB) (SDA)

ORDER

---

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Friday, March 5, 2021, Defendant shall:

    a. Supplement its response to Plaintiff's Interrogatory No. 14 (*see* ECF No. 26-2, at 12) and shall provide a copy of the verification page to Plaintiff.

    b. Supplement its response to Plaintiff's Document Request Nos. 5, 7, 8, 9, 13, 14, 25, 30 and 42. (*See* ECF No. 26-2, at 22-27.)

    c. Provide, in response to Plaintiff's Document Request Nos. 39 and 40, documents sufficient to show the current financial condition of Defendant.

    d. File a letter indicating whether Defendant wishes to participate in a settlement conference with the Court.

2. The deadline for the completion of all discovery remains April 9, 2021. (*See* Case Management Plan, ECF No. 25, ¶ 9.) However, the parties may adjust the interim

deadlines set forth in Paragraph 8 of the Case Management Plan, as necessary, without leave of the Court.

**SO ORDERED.**

DATED:    New York, New York
          February 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge